UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC.; PEARSON EDUCATION, INC.; and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>DOE 1 D/B/A ANYTHING YOU CAN IMAGINE, ET AL.<br><br>Defendants. | CIVIL ACTION NO.:<br>18-cv-7380<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**, 150 East 42nd Street, New York, New York 10017, will be appearing as Counsel of Record for Defendant, **BORGASORUS BOOKS**, and that all papers, Notices and Orders with regard to the proceedings in this action, which otherwise would be required to be served upon said defendant, are to be served upon the offices of the undersigned.

Dated:   New York, New York
         August 28, 2018

9254398v.1

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Kerianne Losier
Attorneys for Defendants
BORGASORUS BOOKS
150 East 42nd Street
New York, New York 10017
File No.:       99999.14320
Telephone:   212.915.5914
Facsimile:    212.490.3038

TO:   All Parties Via ECF

9254398v.1