```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

            Plaintiffs,

-against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

            Defendants.

**ORDER**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On August 15, 2018, this Court entered a temporary restraining order in this action. (Dkt. No. 3) Plaintiffs have requested that this order be extended by 14 days to September 12, 2018. (Pltf. Ltr. (Dkt. No. 21))

        Under Federal Rule of Civil Procedure 65(b), the court may extend a temporary restraining order if the adverse party consents or for "good cause." Rule 65(b) further provides that the reasons for extension must be entered on the record. Here, this Court finds good cause for the requested extension: First, the Court finds that the conditions that justified the entry of the temporary restraining order are still present. Second, seven of the Defendants have consented to an extension of the temporary restraining order, and an extension will allow these parties additional time to reach an agreement on a preliminary injunction. (See Pltf. Ltr. (Dkt. No. 21) at 2) Third, an extension of the temporary restraining order will allow additional time for Defendants who have not yet appeared in this action to appear and file an opposition to the request for a preliminary injunction.

        Accordingly, it is hereby ORDERED that the temporary restraining order entered on August 15, 2018 (Dkt. No. 3) is extended to September 12, 2018.

It is further ORDERED that the hearing on Plaintiffs' request for a preliminary injunction originally scheduled for August 29, 2018 is adjourned to **September 12, 2018 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defendants' answering papers are due **September 5, 2018**, and Plaintiffs' reply – if any – is due **September 7, 2018.**

It is further ORDERED, on consent, that the temporary restraining order is dissolved as to Defendants Flipping Pages, Inc., Benjamin Roberts, and Cameron Roberts.

Dated: New York, New York
August 28, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge