# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com
(212) 880-9585

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 30, 2018

VIA ECF
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *Pearson Education Inc., et al v. Doe 1 D/B/A Anything You Can Imagine, et al.*
             18 Civ. 7380 (PGG)

Dear Judge Gardephe:

      We represent defendants Flipping Pages, Inc. ("Flipping Pages"), Benjamin Barrett Roberts ("Barrett"), and Cameron Wesley Roberts ("Cameron") (Barrett and Cameron together, the "Roberts brothers"), and non-party Shared Knowledge Literacy Foundation ("Shared Knowledge"), in connection with the above-captioned action. We write in further support of Plaintiffs' request, by letter dated August 29, 2018, that the Court issue a Supplemental Order that Shared Knowledge is not subject to the Court's August 15, 2018 Temporary Restraining Order (the "TRO"). (*See* ECF No. 26.)

      Although Shared Knowledge was not named as a Defendant in Plaintiffs' Complaint, in the TRO application it was identified by name as an online storefront that was alleged to sell counterfeit books. (ECF No. 3 at 2, ¶ A(23).) Upon issuance of the TRO, Shared Knowledge had its Amazon storefront suspended and its bank account frozen.

      On August 27, 2018, Plaintiffs and my firm came to an agreement to dissolve the TRO as to Flipping Pages, Barrett, Cameron, and Shared Knowledge. Accordingly, Plaintiffs submitted a letter to the Court requesting that the Court dissolve the TRO as to Flipping Pages, the Roberts

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Paul G. Gardephe
Page 2

brothers, and Shared Knowledge.[1] (ECF No. 21 at 2.) In granting Plaintiffs' request to dissolve the TRO, the Court dissolved the TRO as to Flipping Pages and the Roberts brothers, but did not include an explicit reference to Shared Knowledge in its Order. (ECF No. 23 at 2.)

We respectfully join in Plaintiffs' request that the Court issue a Supplemental Order making clear that the TRO is dissolved as to Shared Knowledge. As Shared Knowledge's bank account and Amazon storefront continue to be frozen as a result of the TRO, it is our hope that the Supplemental Order can provide sufficient clarity to allow Shared Knowledge access to its bank account and its business.

Additionally, although Plaintiffs' August 29, 2018 letter included a request that the Supplemental Order also dissolve the TRO with respect to the "LAM's Treasure Chest" and "SAEEDHAM4352" Amazon storefronts (ECF No. 26), those entities have no association with our clients and we take no position on that aspect of Plaintiffs' request.

We are available if the Court has any questions regarding this matter.

Respectfully submitted,

Benjamin S. Fischer

---

[1] In their letter to the Court, Plaintiffs requested a 14-day extension of the TRO "[e]xcept as to Defendants Flipping Pages, Inc., Benjamin Roberts, and Cameron Roberts, including, as alleged in the Complaint, the Online Storefronts FlippingPages [and] *Shared Literacy Knowledge Foundation* [sic] . . . ." (ECF No. 21 at 1 (emphasis added).) Plaintiffs' letter asked the Court to "deem the TRO expired, effective immediately," as to Flipping Pages, the Roberts brothers, and Shared Knowledge. (*Id.* at 2.)