UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

                     Plaintiffs,

         -against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 8, 2018

**ORDER**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that Plaintiffs' deadline to file a Reply to Defendant Borgasorus Books, Inc.'s Opposition is adjourned to **September 10, 2018 at 5:00 p.m.**

       It is further ORDERED that Defendant Borgasorus Books' time to respond to the Complaint is extended to October 1, 2018.

Dated: New York, New York
          September 8, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge