UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC,<br><br>*Plaintiffs*,<br><br>-v-<br><br>FLIPPING PAGES, INC.; BENJAMIN BARRETT ROBERTS; and CAMERON WESLEY ROBERTS, *et al.*,<br><br>*Defendants*. | No. 18-cv-7380 (PGG)<br><br>ECF Case |

**PROPOSED STIPULATION AND ORDER AS TO DEFENDANTS FLIPPING PAGES, INC., BENJAMIN BARRETT ROBERTS, AND CAMERON WESLEY ROBERTS**

Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, and Bedford, Freeman & Worth Publishing Group, LLC (collectively, "Plaintiffs") and Defendants Flipping Pages, Inc., Benjamin Barrett Roberts, and Cameron Wesley Roberts (collectively, "Defendants") having stipulated and agreed to the following, it is HEREBY ORDERED that:

1.  Defendants Benjamin Barrett Roberts and Cameron Wesley Roberts agree to waive personal service of the Complaint and acknowledge due service of the Complaint as of August 19, 2018; and

2. The deadline for Defendants to move, answer, or otherwise respond to the Complaint is extended from September 10, 2018 to and including October 1, 2018.

SO ORDERED this ____ day of _____, 2018.

_____
PAUL G. GARDEPHE
United States District Judge

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| _____<br>Matthew J. Oppenheim<br>Kerry M. Mustico<br>Matthew J. Fleischman<br>OPPENHEIM + ZEBRAK, LLP<br>5225 Wisconsin Ave. NW STE 503<br>Washington, DC 20015<br>(202) 480-2999<br>matt@oandzlaw.com<br>kerry@oandzlaw.com<br>fleischman@oandzlaw.com<br><br>*Counsel for Plaintiffs*<br><br>Date: 9/10/18 | s/ Benjamin S. Fischer _____<br>Benjamin S. Fischer<br>Judith L. Mogul<br>Justin D. Roller<br>MORVILLO ABRAMOWITZ GRAND<br>  IASON & ANELLO P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600<br>bfischer@maglaw.com<br>jmogul@maglaw.com<br>jroller@maglaw.com<br><br>*Counsel for Defendants*<br><br>Date: September 10, 2018 |

2