UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

                Plaintiffs,

-against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 11, 2018

**ORDER**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the hearing scheduled for September 12, 2018 at 11:00 a.m. is adjourned to **2:00 p.m.**

Dated: New York, New York
       September 11, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge