UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/18
```

PEARSON EDUCATION, INC.; CENGAGE
LEARNING, INC.; ELSEVIER INC.;
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC; and BEDFORD, FREEMAN &
WORTH PUBLISHING GROUP, LLC,

*Plaintiffs*,

-v-

FLIPPING PAGES, INC.; BENJAMIN BARRETT
ROBERTS; and CAMERON WESLEY ROBERTS,
*et al.*,

*Defendants*.

No. 18-cv-7380 (PGG)

ECF Case

## [PROPOSED] STIPULATION AND ORDER AS TO DEFENDANTS FLIPPING PAGES, INC., BENJAMIN BARRETT ROBERTS, AND CAMERON WESLEY ROBERTS

Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, and Bedford, Freeman & Worth Publishing Group, LLC (collectively, "Plaintiffs") and Defendants Flipping Pages, Inc., Benjamin Barrett Roberts, and Cameron Wesley Roberts (collectively, "Defendants") having stipulated and agreed to the following, it is HEREBY ORDERED that:

1.  Defendants Benjamin Barrett Roberts and Cameron Wesley Roberts agree to waive personal service of the Complaint and acknowledge due service of the Complaint as of August 19, 2018; and

2. The deadline for Defendants to move, answer, or otherwise respond to the Complaint is extended from September 10, 2018 to and including October 1, 2018.

SO ORDERED this 12th day of September, 2018.

_____
PAUL G. GARDEPHE
United States District Judge

STIPULATED AND AGREED TO BY:

Matthew J. Oppenheim
Kerry M. Mustico
Matthew J. Fleischman
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Ave. NW STE 503
Washington, DC 20015
(202) 480-2999
matt@oandzlaw.com
kerry@oandzlaw.com
fleischman@oandzlaw.com

*Counsel for Plaintiffs*

Date: 9/10/18

s/ Benjamin S. Fischer
Benjamin S. Fischer
Judith L. Mogul
Justin D. Roller
MORVILLO ABRAMOWITZ GRAND
 IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
bfischer@maglaw.com
jmogul@maglaw.com
jroller@maglaw.com

*Counsel for Defendants*

Date: September 10, 2018

2