

September 12, 2018

**Adam Bialek**
212.915.5143 (direct)
917.538.0616 (mobile)
Adam.Bialek@wilsonelser.com

**By ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

| | |
|---|---|
| Re: | Pearson Education Inc. et al. v. Doe 1 d/b/a Anything You Can Imagine et al. |
| | Case No.: 18 Civ. 7380 (PGG) |
| File No: | 14320.00033 |

Dear Judge Gardephe:

      We represent Defendant Borgasorus Books, Inc. ("Borgasorus") in the above-referenced matter. We appeared before Your Honor this afternoon in connection with the hearing on Plaintiffs' Motion for a Preliminary Injunction. We write with the consent of Plaintiffs' counsel to clarify the order that was issued via e-mail to the undersigned and counsel for Plaintiffs, time stamped 9/12/2018 at 5:14 PM (the "9/12/18 Order").

      At the hearing, Plaintiffs' counsel stated on the record the parties' agreement that the TRO as to Borgasorus was to be dissolved with respect to Plaintiffs Elsevier Inc. ("Elsevier") and Bedford, Freeman & Worth Publishing Group, LLC ("Bedford"). None of the test purchases alleged in the Complaint with respect to Borgasorus relate to Elsevier or Bedford.

      Accordingly, it is respectfully requested that the 9/12/18 Order be clarified to reflect that the TRO as to Borgasorus is dissolved with respect to Plaintiffs Elsevier and Bedford.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix
San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains
wilsonelser.com

9287041v.1



- 2 -

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

/s/  Adam Bialek

cc:  All counsel of record via ECF notification

9287041v.1