UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

                Plaintiffs,

-against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 12, 2018

**ORDER**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated in open court and with the consent of Defendant Borgasorus Books, Inc., the terms of the temporary restraining order entered August 15, 2018 (Dkt. No. 3) are extended to **September 14, 2018** as to Defendant Borgasorus Books, Inc.

Dated: New York, New York
       September 12, 2018

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge