UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

                      Plaintiffs,

-against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 13, 2018

**ORDER**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated in open court and with the consent of Defendant Borgasorus Books, Inc., the terms of the temporary restraining order entered August 15, 2018 (Dkt. No. 3) are extended to **September 14, 2018** as to Defendant Borgasorus Books, Inc, except that the order is dissolved as to Plaintiffs Elsevier Inc. and Bedford, Freeman & Worth Publishing Group, LLC.

Dated: New York, New York
       September 13, 2018

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge