

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/18
```

September 14, 2018

**Adam Bialek**
212.915.5143 (direct)
917.538.0616 (mobile)
Adam.Bialek@wilsonelser.com

**By ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Sept. 14, 2018

Re:  *Pearson Education Inc. et al. v. Doe 1 d/b/a Anything You Can Imagine et al.*
     Case No.: 18 Civ. 7380 (PGG)
File No: 14320.00033

Dear Judge Gardephe:

We represent Defendant Borgasorus Books, Inc. ("Borgasorus") in the above-referenced matter. We write jointly on behalf of Borgasorus and Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, and Bedford Freeman & Worth Publishing Group, LLC ("Plaintiffs") to request a brief adjournment of the deadline to file a stipulated preliminary injunction.

As stated in open court, a stipulated preliminary injunction was to be filed Friday, September 14, 2018. It is respectfully requested that this deadline be extended to Monday, September 17, 2018 to allow for continued negotiation of the terms among the parties so a finalized document can be presented for the Court's review and approval.

/

/

/

/

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix
San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

**wilsonelser.com**

9292862v.1

**WILSON ELSER**

- 2 -

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

/s/  Adam Bialek

cc: All counsel of record via ECF notification

9292862v.1