UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; PEARSON EDUCATION, INC., and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOE 1 D/B/A ANYTHING YOU CAN IMAGINE; DOE 2 D/B/A BOOKSABILLIONS and MOMMA'S MEDIA 'N MORE; DOE 3 D/B/A BOOKS WORM; INC. and SHELF BOOK; DOE 4 D/B/A CLINGONBLING, GIFT FAIR, and ONLINE MYSOLUTIONS; DOE 5 D/B/A CPMOM; DOE 6 D/B/A ERA-BOOKSTORE; DOE 7 D/B/A HIDDEN LAKE TREASURE and PUBLIX BOOKS LLC; DOE 8 D/B/A MURRAY MEDIA; DOE 9 D/B/A PRIME BOX UP; DOE 10 D/B/A INFO AVENUE; DOE 11 D/B/A ZAGGIE; BORGASORUS BOOKS, INC.; FLIPPING PAGES INC.; BENJAMIN BARRETT ROBERTS; CAMERON WESLEY ROBERTS; SPENCER J. ROWLES; CARLA M. ROWLES; TIERNEY M. ROWLES; WESLEY ROWLES; CARLOS A. CORRASCO; ROBERT D. MEADOWS; and UNITYSTORE INC.,<br><br>Defendants. | Civil Action No. 1:18-cv-7380-PGG |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/18

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
DOE 8 D/B/A MURRAY MEDIA TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, and Bedford, Freeman & Worth Publishing Group, LLC (collectively, "Plaintiffs") and putative Defendant Alan Muray, identified in the Complaint as Doe 8 doing business as Murray

Media ("Defendant") that Defendant's time to move, answer, or otherwise respond to the Complaint is hereby extended from September 10, 2018 to and including October 1, 2018.

There have been no previous requests for extension of time in connection with this matter and the request impacts no pending deadlines in this matter. Plaintiffs and Defendant have agreed to the extension in order to work cooperatively to carry out the terms of the Preliminary Injunction entered by the Court on September 7, 2018 (ECF No. 40).

STIPULATED AND AGREED TO BY:

Robert L. Greener
Law Office of Robert L. Greener P.C.
112 Madison Ave., 6th Fl
New York, N.Y. 10016
(646) 415-8920
RLG@greenerlegal.com

*Counsel for Doe 8 d/b/a Murray Media*

Date: 9/17/18

Matthew J. Oppenheim
Kerry M. Mustico
Matthew Fleischman
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Ave. NW STE 503
Washington, DC 20015
(202) 480-2999
matt@oandzlaw.com
kerry@oandzlaw.com
fleischman@oandzlaw.com

*Counsel for Plaintiffs*

Date: 9/18/2018

SO ORDERED this 18th day of September, 2018.

PAUL G. GARDEPHE
United States District Judge

2