UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, <br><br> *Plaintiffs*, <br><br> -v- <br><br> FLIPPING PAGES, INC.; BENJAMIN BARRETT ROBERTS; and CAMERON WESLEY ROBERTS, *et al.*, <br><br> *Defendants*. | No. 18-cv-7380 (PGG) <br><br> ECF Case |

## PROPOSED STIPULATION AND ORDER AS TO DEFENDANTS FLIPPING PAGES, INC., BENJAMIN BARRETT ROBERTS, AND CAMERON WESLEY ROBERTS

Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, and Bedford, Freeman & Worth Publishing Group, LLC (collectively, "Plaintiffs") and Defendants Flipping Pages, Inc., Benjamin Barrett Roberts, and Cameron Wesley Roberts (collectively, "Defendants") having stipulated and agreed to the following, it is HEREBY ORDERED that:

1. The deadline for Defendants to move, answer, or otherwise respond to the Complaint is extended from October 1, 2018 to and including October 31, 2018.

2.  The parties previously have stipulated to one extension of the above-referenced deadline.

SO ORDERED this ____ day of _____, 2018.

_____
PAUL G. GARDEPHE
United States District Judge

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| *[signature]* | *[signature]* |
| Matthew J. Oppenheim | Benjamin S. Fischer |
| Kerry M. Mustico | Judith L. Mogul |
| Matthew I. Fleischman | Justin D. Roller |
| OPPENHEIM + ZEBRAK, LLP | MORVILLO ABRAMOWITZ GRAND |
| 5225 Wisconsin Ave. NW STE 503 | IASON & ANELLO P.C. |
| Washington, DC 20015 | 565 Fifth Avenue |
| (202) 480-2999 | New York, NY 10017 |
| matt@oandzlaw.com | (212) 856-9600 |
| kerry@oandzlaw.com | bfischer@maglaw.com |
| fleischman@oandzlaw.com | jmogul@maglaw.com |
| | jroller@maglaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| Date: 10/1/18 | Date: 10/1/18 |

2