# Cox Padmore Skolnik & Shakarchy LLP
Attorneys at Law

**Ralph N. Gaboury, Esq.**
**Of Counsel**
**Also admitted in**
**Massachusetts and Rhode Island**

October 4, 2018

**Via ECF Filing**
**Courtesy copy by Fax to (212) 805-7986**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
  for the Southern District of New York
40 Foley Square, Room 2204
New York, NY  10007

> Re:  Pearson Education, Inc., *et al* v. Doe 1 d/b/a Anything You Can
>      Imagine, *et al*., (SDNY 1:18-cv-7380-PGG)
>
>      **WITHDRAWAL of Pre-Motion Conference Request and**
>      **CONSENTED Request for Extension of Time as to**
>      **Defendant Krista Hale sued herein as Doe 2 Momma's Media 'N More**
>      **to Respond to Complaint through and including Nov 3, 2018**

Dear Judge Gardephe:

This firm represents defendant Krista Hale, the sole proprietor of the Amazon online storefront named in the above-referenced proceeding as anonymous defendant "Doe 2 Momma's Media 'N More" ("Defendant Hale").  This letter is in regards to Defendant Hale's request for a pre-motion conference on her planned motion to dismiss pursuant to Rule 12(b)(6) which was filed on October 1, 2018 (ECF No. 71) (the "October 1 Pre-Motion Conference Request").

In connection with discussions between counsel for Defendant Hale and counsel for the plaintiffs regarding possible settlement of this matter, at this time Defendant Hale respectfully **withdraws** the October 1 Pre-Motion Conference Request, without prejudice.

Pursuant to Rule IV(A) of Your Honor's Individual Practices, the October 1 Pre-Motion Conference Request stayed Defendant Hale's time to answer or otherwise move with respect to the Complaint.  In light of withdrawing the October 1 Pre-Motion Conference Request, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Rule I(D) of Your Honor's Individual Rules, **with the consent of the plaintiffs**, Defendant Hale now respectfully requests that her time to answer or otherwise move with respect to the Complaint be extended for a period of thirty (30) days for good cause,

Case 1:18-cv-07380-PGG   Document 76   Filed 10/04/18   Page 2 of 2

**Hon. Paul G. Gardephe, U.S.D.J.**
**United States District Court for the Southern District of New York**
**October 4, 2018**
**Page 2**

Cox Padmore Skolnik
& Shakarchy LLP
Attorneys at Law

through and including **November 3, 2018**. As good cause for this request, Defendant Hale and plaintiffs will be engaging in settlement discussions during this time, which may result in the settlement of this matter.[1]

To summarize, by this letter, Defendant Hale withdraws her October 1 Pre-Motion Conference Request, and requests that her time to answer or move with respect to the Complaint be extended through and including November 3, 2018.

Respectfully submitted,

Ralph N. Gaboury

cc:   Kerry M. Mustico (counsel for plaintiffs) (by ECF Filing)
      Matthew I. Fleischman (counsel for plaintiffs) (by ECF Filing)

---

[1] Although this is Defendant Hale's first such direct request for an extension to respond to the Complaint, in connection with the entry of the Stipulated Preliminary Injunction entered on August 31, 2018 (ECF No. 34), the Court had granted Defendant Hale an extension of time to respond to the Complaint through and including October 1, 2018 (at which time she filed the October 1 Pre-Motion Conference Request).