UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC. et al., | Case No.: 1:18-cv-07380-PGG |
| Plaintiffs, | |
| -against- | APPLICATION TO WITHDRAW |
| DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that I, Kerianne Losier, respectfully request the withdrawal of my appearance as counsel for Defendant Borgasorus Books, Inc., and further request removal from the Court's electronic filing notification system for this action.  As of November 2, 2018, I will no longer be employed at Wilson Elser Moskowitz Edelman & Dicker LLP on account of my acceptance of a new position.  Wilson Elser Moskowitz Edelman & Dicker LLP shall remain counsel of record for Borgasorus Books, Inc.

Dated: November 1, 2018
       New York, NY                    Respectfully submitted,

                                       By:  /s/ Kerianne Losier_____
                                       Kerianne Losier
                                       Wilson Elser Moskowitz Edelman & Dicker LLP
                                       150 E 42nd Street
                                       New York, NY 10017
                                       Tel.: 212-490-3000
                                       Kerianne.Losier@wilsonelser.com

9405492v.1