UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; PEARSON EDUCATION, INC., and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOE 1 D/B/A ANYTHING YOU CAN IMAGINE; DOE 2 D/B/A BOOKSABILLIONS and MOMMA'S MEDIA 'N MORE; DOE 3 D/B/A BOOKS WORM; INC. and SHELF BOOK; DOE 4 D/B/A CLINGONBLING, GIFT_FAIR, and ONLINE MYSOLUTIONS; DOE 5 D/B/A CPMOM; DOE 6 D/B/A ERA-BOOKSTORE; DOE 7 D/B/A HIDDEN LAKE TREASURE and PUBLIX BOOKS LLC; DOE 8 D/B/A MURRAY MEDIA; DOE 9 D/B/A PRIME BOX UP; DOE 10 D/B/A INFO AVENUE; DOE 11 D/B/A ZAGGIE; BORGASORUS BOOKS, INC.; FLIPPING PAGES INC.; BENJAMIN BARRETT ROBERTS; CAMERON WESLEY ROBERTS; SPENCER J. ROWLES; CARLA M. ROWLES; TIERNEY M. ROWLES; WESLEY ROWLES; CARLOS A. CORRASCO; ROBERT D. MEADOWS; and UNITYSTORE INC.,<br><br>Defendants. | Case No. 1:18-cv-7380-PGG |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT
DOE 7 D/B/A HIDDEN LAKE TREASURE and PUBLIX BOOKS LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement that was reached between the parties, Plaintiffs Pearson Education, Inc., Elsevier, Inc., McGraw-Hill Global Education Holdings, LLC, Cengage Learning, Inc., and Bedford, Freeman & Worth Publishing Group, LLC, hereby give notice that their claims in the above-captioned action against Hakan Solak and Publix Books LLC, identified in the Complaint as Defendant Doe 7 d/b/a Hidden Lake Treasure and Publix Books LLC, are voluntarily dismissed with prejudice, with each party to bear their own costs and fees.

Dated: November 26, 2018

                                          Respectfully submitted,

                                          /s/ Matthew J. Oppenheim

                                          Matthew J. Oppenheim
                                          Kerry M. Mustico
                                          Matthew I. Fleischman
                                          OPPENHEIM + ZEBRAK, LLP
                                          5225 Wisconsin Ave. NW STE 503
                                          Washington, DC 20015
                                          (202) 480-2999
                                          matt@oandzlaw.com
                                          kerry@oandzlaw.com
                                          fleischman@oandzlaw.com

                                          *Counsel for Plaintiffs*

SO ORDERED this ___ day of _____, 2018.

                                          _____
                                          HON. PAUL G. GARDEPHE
                                          United States District Judge