## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com
(212) 880-9585

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

———

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 5, 2019

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> Re:   *Pearson Educ., Inc. et al. v. Doe 1 d/b/a Anything You Can Imagine, et al.*,
> No. 1:18-cv-07380 (PGG)

Dear Judge Gardephe:

We represent Defendants Flipping Pages, Inc. ("Flipping Pages"), Benjamin Barrett Roberts and Cameron Wesley Roberts ("Defendants") in the above-referenced action.  On behalf of Defendants, and at the request of your law clerk, we write to supplement the letter we filed with the Court earlier this morning (ECF No. 120) and inform the Court of our efforts to confer with the Plaintiffs prior to their filing of their proposed judgment yesterday (ECF No. 119).  At approximately 3:50pm yesterday (April 4), Plaintiffs provided us with notice that they had accepted our offer of judgment and sent us by email a proposed judgment.  We immediately sought to confer with Plaintiffs prior to the filing of their proposed judgment because we were concerned that the proposed judgment differed from the offer of judgment.  Accordingly, yesterday afternoon, the parties conferred by phone regarding the form of Plaintiffs' proposed judgment.  The parties were unable to reach an agreement prior to Plaintiffs' filing of their proposed judgment.  Plaintiffs filed their proposed judgment at 5:32pm, less than two hours after accepting our offer of judgment.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Hon. Paul G. Gardephe
April 5, 2019
Page 2


       We conferred with Plaintiffs prior to filing this letter in an attempt to submit a joint letter regarding the parties' efforts to confer, but unfortunately we were not able to agree on mutually acceptable language.

                            Respectfully submitted,


                            /s/ Benjamin S. Fischer
                            Benjamin S. Fischer

cc:      Plaintiffs' counsel (by ECF)