UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; PEARSON EDUCATION, INC., and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DOE 1 D/B/A ANYTHING YOU CAN IMAGINE; DOE 2 D/B/A BOOKSABILLIONS and MOMMA'S MEDIA 'N MORE; DOE 3 D/B/A BOOKS WORM; INC. and SHELF BOOK; DOE 4 D/B/A CLINGONBLING, GIFT_FAIR, and ONLINE MYSOLUTIONS; DOE 5 D/B/A CPMOM; DOE 6 D/B/A ERA-BOOKSTORE; DOE 7 D/B/A HIDDEN LAKE TREASURE and PUBLIX BOOKS LLC; DOE 8 D/B/A MURRAY MEDIA; DOE 9 D/B/A PRIME BOX UP; DOE 10 D/B/A INFO AVENUE; DOE 11 D/B/A ZAGGIE; BORGASORUS BOOKS, INC.; FLIPPING PAGES INC.; BENJAMIN BARRETT ROBERTS; CAMERON WESLEY ROBERTS; SPENCER J. ROWLES; CARLA M. ROWLES; TIERNEY M. ROWLES; WESLEY ROWLES; CARLOS A. CORRASCO; ROBERT D. MEADOWS; and UNITYSTORE INC., <br><br> Defendants. | Case No. 1:18-cv-7380-PGG |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT
### <u>DOE 11 D/B/A ZAGGIE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement that was reached between the parties, Plaintiffs Pearson Education, Inc., Elsevier, Inc., McGraw-Hill Global Education Holdings, LLC, Cengage Learning, Inc., and Bedford, Freeman & Worth Publishing Group, LLC, hereby give notice that their claims in the above-captioned action against Baki Cavlazoglu, identified in the Complaint as Defendant Doe 11 d/b/a ZAGGIE, are voluntarily dismissed with prejudice, with each party to bear their own costs and fees.

Dated: April 8, 2019

        Respectfully submitted,

        */s/ Matthew I. Fleischman*
        Matthew J. Oppenheim
        Kerry M. Mustico
        Matthew I. Fleischman
        OPPENHEIM + ZEBRAK, LLP
        4530 Wisconsin Ave. NW 5th Floor
        Washington, DC 20016
        (202) 480-2999
        matt@oandzlaw.com
        kerry@oandzlaw.com
        fleischman@oandzlaw.com

        *Counsel for Plaintiffs*

SO ORDERED this ___ day of _____, 2019.

        _____
        HON. PAUL G. GARDEPHE
        United States District Judge