UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

                          Plaintiffs,

-against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

                         Defendants.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

18 Civ. 7380 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

- [x] Specific Non-Dispositive Motion/Dispute:*
  Dkt. Nos. 118-124, 131
  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
  _____

- [ ] Settlement*

- [ ] Inquest After Default/ Damages Hearing

- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____

- [ ] Habeas Corpus

- [ ] Social Security

- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____
  All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
       May 8, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge