**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PEARSON EDUCATION INC., et al.,

                Plaintiffs,　　　　18-CV-7380 (PGG) (OTW)

      -against-　　　　　　　　　**ORDER**

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter was referred to the undersigned for a specific dispute regarding a Rule 68 Offer of Judgment. (ECF 118-124, 131). The Court will hold a Status Conference on **Tuesday, June 11, 2019 at 3:00 p.m.** at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., Courtroom 20D. Only counsel for those parties involved in this specific dispute need to attend. The parties involved shall continue to meet and confer to attempt to resolve this dispute without Court intervention.

**SO ORDERED.**

                                                   _s/ Ona T. Wang_

Dated: May 14, 2019　　　　　　　　　　　　　　**Ona T. Wang**
       New York, New York　　　　　　　　United States Magistrate Judge