## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com
(212) 880-9585

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

July 2, 2019

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Pearson Educ., Inc. et al. v. Doe 1 d/b/a Anything You Can Imagine, et al.*,
             No. 1:18-cv-07380-PGG-OTW

Dear Judges Gardephe and Wang:

      We represent Defendants Flipping Pages, Inc., Benjamin Barrett Roberts, and Cameron Wesley Roberts ("Defendants") in the above-referenced action. We write to inform the Court that Defendants have reached an agreement with Plaintiffs to resolve the pending dispute that Judge Gardephe referred to Judge Wang on May 8, 2019, which relates to the appropriate judgment to be entered following Plaintiffs' acceptance of an offer of judgment pursuant to Federal Rule of Civil Procedure 68. (ECF No. 132.) Plaintiffs and Defendants agree that the Court should enter the Counter-Proposed Judgment on Offer of Judgment that Defendants filed on April 5, 2019 (ECF No. 121), which is reattached to this letter as Exhibit A for the Court's convenience.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Paul G. Gardephe and Hon. Ona T. Wang
July 2, 2019
Page 2

      The parties request that the Court enter the Counter-Proposed Judgment at its earliest convenience.

                              Respectfully submitted,

                              /s/ Benjamin S. Fischer
                              Benjamin S. Fischer

cc:      Plaintiffs' counsel (by ECF)