# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRADLEY YOUNG; JOHN MONIZ; KRISTA HALE; DERVIS OZAY; MUHAMMET MUTLU; BIZZARE CRAFTS PVT. LTD.; PRADEEP KUMAR SAHNI; DIWAKAR KUMAR; ABHISHEK KUMAR SINGH; IRSHAD AHMED; SUSHIL KUMAR SHARMA; NIYA WOOD; EYAD ALSUHAIBANI; ALAN MURRAY; GILSON JOSE GONCALVES FILHO; ANTHEM, LLC; TRACY W. JERNIGAN; BORGASORUS BOOKS, INC.; FLIPPING PAGES INC.; BENJAMIN BARRETT ROBERTS; CAMERON WESLEY ROBERTS; SPENCER J. ROWLES; WESLEY ROWLES; CARLOS A. CORRASCO; ROBERT D. MEADOWS; and UNITYSTORE INC., <br><br> Defendants. | Case No. 1:18-cv-7380-PGG |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTs SPENCER J. ROWLES, WESLEY ROWLES, AND CARLOS A. CORRASCO

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement that was reached between the parties, Plaintiffs Pearson Education, Inc., Elsevier, Inc., McGraw-Hill Global Education Holdings, LLC, Cengage Learning, Inc., and Bedford, Freeman & Worth Publishing Group, LLC, hereby give notice that their claims in the above-captioned action against Spencer J. Rowles, Wesley Rowles, and Carlos A. Corrasco, are voluntarily dismissed with prejudice, with each party to bear their own costs and fees.

Dated: July 12, 2019

        Respectfully submitted,

        */s/ Matthew I. Fleischman*
        Matthew J. Oppenheim
        Kerry M. Mustico
        Matthew I. Fleischman
        OPPENHEIM + ZEBRAK, LLP
        4530 Wisconsin Ave., 5th Floor
        Washington, DC 20016
        (202) 480-2999
        matt@oandzlaw.com
        kerry@oandzlaw.com
        fleischman@oandzlaw.com

        *Counsel for Plaintiffs*

SO ORDERED this 21st day of July, 2019.

        _____
        HON. PAUL G. GARDEPHE
        United States District Judge

2