UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>BRADLEY YOUNG; JOHN MONIZ; KRISTA HALE; DERVIS OZAY; MUHAMMET MUTLU; BIZZARE CRAFTS PVT. LTD.; PRADEEP KUMAR SAHNI; DIWAKAR KUMAR; ABHISHEK KUMAR SINGH; IRSHAD AHMED; SUSHIL KUMAR SHARMA; NIYA WOOD; EYAD ALSUHAIBANI; ALAN MURRAY; GILSON JOSE GONCALVES FILHO; ANTHEM, LLC; TRACY W. JERNIGAN; BORGASORUS BOOKS, INC.; FLIPPING PAGES INC.; BENJAMIN BARRETT ROBERTS; CAMERON WESLEY ROBERTS; SPENCER J. ROWLES; WESLEY ROWLES; CARLOS A. CORRASCO; ROBERT D. MEADOWS; and UNITYSTORE INC.,<br><br>       Defendants. | Civil Action No. 18-cv-7380-PGG |

**[PROPOSED] ORDER**

Upon Plaintiffs' Motion for Alternate Service and Additional Time to Serve Defendants Gilson Jose Goncalves Filho, Bizzare Crafts, Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, and Sushil Kumar Sharma, and the Memorandum of Law and Declaration in support thereof, and the entire record herein,

IT IS HEREBY ORDERED that, sufficient cause having been shown, Plaintiffs' motion for an order authorizing alternate service is GRANTED.  Service of process shall be made on

1

Defendants Gilson Jose Goncalves Filho, Bizzare Crafts, Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, and Sushil Kumar Sharma, pursuant to Fed. R. Civ. P. 4(f)(3), by delivering electronic copies of the Summons and Amended Complaint to the following email addresses: gilson_mto17@hotmail.com, clingonbling123@gmail.com, bizarrecrafts123@yahoo.com, and onlinemysolutions@gmail.com.

IT IS FURTHER ORDERED that Plaintiffs' request for additional time to effectuate service shall be GRANTED. Plaintiffs shall serve Defendants by email no later than five (5) days from the date of this Order.  Plaintiffs shall file proof of such service on the case docket within three (3) days of making such service.

SO ORDERED this _____ day of _____, 2019.

_____
HON. PAUL G. GARDEPHE
United States District Judge