

Matthew Fleischman
4530 Wisconsin Avenue NW | 5th Floor
Washington, DC 20016
T: (202) 480-2965 | F: (866) 766-1678
fleischman@oandzlaw.com | www.oandzlaw.com

August 21, 2019

<u>Via ECF</u>

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
United States Courthouse
New York, NY 10007

    Re:    *Pearson Educ., Inc., et al. v. Doe 1 d/b/a Bradley Young, et al.*,
                No. 18-cv-7380-PGG

Dear Judge Gardephe:

    We write on behalf of Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, and Bedford, Freeman & Worth Publishing Group, LLC and Defendant Borgasorus Books, Inc. to update the Court on the status of settlement negotiations and on the need to rule on the two pending proposed Preliminary Injunctions. The parties respectfully request a three week extension before the Court rules on the two proposed Preliminary Injunctions.

    Good cause for this request exists as the parties have finalized the terms of the settlement agreement and are beginning the process of obtaining signatures, which will result in the dismissal of the Plaintiffs' claims as against Defendant Borgasorus. The parties anticipate that this will be the last extension request needed.

    Thank you for the Court's time and attention to this matter.

                                                              Sincerely,

                                                             */s/ Matthew Fleischman*