UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; ELSEVIER INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BRADLEY YOUNG; JOHN MONIZ; KRISTA HALE; DERVIS OZAY; MUHAMMET MUTLU; BIZZARE CRAFTS PVT. LTD.; PRADEEP KUMAR SAHNI; DIWAKAR KUMAR; ABHISHEK KUMAR SINGH; IRSHAD AHMED; SUSHIL KUMAR SHARMA; NIYA WOOD; EYAD ALSUHAIBANI; ALAN MURRAY; GILSON JOSE GONCALVES FILHO; ANTHEM, LLC; TRACY W. JERNIGAN; BORGASORUS BOOKS, INC.; FLIPPING PAGES INC.; BENJAMIN BARRETT ROBERTS; CAMERON WESLEY ROBERTS; SPENCER J. ROWLES; WESLEY ROWLES; CARLOS A. CORRASCO; ROBERT D. MEADOWS; and UNITYSTORE INC.,<br><br>        Defendants. | Case No. 1:18-cv-7380-PGG |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS
<u>JOHN MONIZ AND KRISTA HALE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement that was reached between the parties, Plaintiffs Pearson Education, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, Cengage Learning, Inc., and Bedford, Freeman & Worth Publishing Group, LLC, hereby give notice that their claims in the above-captioned action against John Moniz and Krista Hale, are voluntarily dismissed with prejudice, with each party to bear their own costs and fees.

Dated: September 3, 2019

                                            Respectfully submitted,

                                            */s/ Matthew I. Fleischman*
                                            Matthew J. Oppenheim
                                            Kerry M. Mustico
                                            Matthew I. Fleischman
                                            OPPENHEIM + ZEBRAK, LLP
                                            4530 Wisconsin Ave., 5th Floor
                                            Washington, DC 20016
                                            (202) 480-2999
                                            matt@oandzlaw.com
                                            kerry@oandzlaw.com
                                            fleischman@oandzlaw.com

                                            *Counsel for Plaintiffs*

SO ORDERED this ___ day of _____, 2019.

                                            HON. PAUL G. GARDEPHE
                                            United States District Judge