UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCTION, INC. ET AL.,

                      Plaintiffs,

- against -

BRADLEY YOUNG, ET AL.,

                      Defendants.

**ORDER OF DEFAULT**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS Plaintiffs commenced this action on August 15, 2018 by filing the Complaint (Dkt. No. 1);

        WHEREAS, after expedited discovery, Plaintiffs filed an Amended Complaint on May 2, 2019, naming as Defendants, <u>inter alia</u>, Bradley Young, Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, Sushil Kumar Sharma, Niya Wood, Gilson Jose Goncalves Filho, Anthem, LLC, and Tracy W. Jernigan (Dkt. No. 128);

        WHEREAS Plaintiffs served Defendants Anthem, LLC and Tracy W. Jernigan on July 24, 2019 (Dkt. Nos. 171-72), Defendants Bradley Young and Niya Wood on July 31, 2019 (Dkt. Nos. 186, 195), Defendant Gilson Jose Goncalves Filho on August 2, 2019 (Dkt. No. 180), and Defendants Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, and Sushil Kumar Sharma on December 3, 2019 (Dkt. No. 204);

        WHEREAS Defendants Bradley Young, Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, Sushil Kumar Sharma, Niya Wood, Gilson Jose Goncalves Filho, Anthem, LLC, and Tracy W. Jernigan have not filed an

answer, moved against the Amended Complaint, or appeared in this action (see Certificate of Default (Dkt. No. 210));

WHEREAS this Court ordered Defendants Bradley Young, Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, Sushil Kumar Sharma, Niya Wood, Gilson Jose Goncalves Filho, Anthem, LLC, and Tracy W. Jernigan to show cause on November 17, 2020 why a default judgment should not be entered against them (Dkt. No. 224);

WHEREAS Plaintiffs served the Order to Show Cause on Defendants Bradley Young, Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, Sushil Kumar Sharma, Niya Wood, Gilson Jose Goncalves Filho, Anthem, LLC, and Tracy W. Jernigan on November 11, 2020 (Dkt. No. 227);

WHEREAS Defendants Bradley Young, Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, Sushil Kumar Sharma, Niya Wood, Gilson Jose Goncalves Filho, Anthem, LLC, and Tracy W. Jernigan filed no opposition to Plaintiffs' motion for a default judgment and did not appear at the November 17, 2020 hearing;

IT IS HEREBY ORDERED that an order of default is entered against Defendants Bradley Young, Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, Sushil Kumar Sharma, Niya Wood, Gilson Jose Goncalves Filho, Anthem, LLC, and Tracy W. Jernigan.

It is FURTHER ORDERED that this matter is referred to Magistrate Judge Wang for a report and recommendation regarding Plaintiff's request for damages, an award of attorneys' fees, and certain declaratory relief. The Clerk of Court is directed not to close this case.

Dated: New York, New York
November 25, 2020

SO ORDERED.

_____

Paul G. Gardephe
United States District Judge