UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

                Plaintiffs,

-against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

                Defendants.

**ORDER**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

There conference currently scheduled for March 11, 2021 is adjourned to **April 15, 2021 at 9:45 a.m.**

Dated: New York, New York
       February 24, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge

SO ORDERED.

Paul G. Gardephe
United States District Judge