MEMO ENDORSED:
The conference in this action currently
scheduled for April 15, 2021 is adjourned
to **May 13, 2021 at 10:00 a.m.**

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

April 14, 2021



Matthew I. Fleischman
4530 Wisconsin Avenue NW | 5TH Floor
Washington, DC 20016
T: (202) 480-2965 | F:  (866) 766-1678
fleischman@oandzlaw.com | www.oandzlaw.com

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
United States Courthouse
New York, NY 10007

> **Re:** ***Pearson Educ., Inc., et al. v. Bradley Young, et al.,***
> **SDNY Case No. 18-cv-7380-PGG**

Dear Judge Gardephe:

We represent Plaintiffs Pearson Education, Inc., Elsevier Inc., McGraw-Hill Global Education Holdings, LLC, Cengage Learning, Inc., and Bedford, Freeman & Worth Publishing Group, LLC ("Plaintiffs") in the above-referenced action.  On February 24, 2021, the Court scheduled a Conference for April 15, 2021 for Plaintiffs and Defendant Alan Murray.  ECF No. 235.  The parties have reached a settlement agreement in principle and are in the process of finalizing the terms.  Accordingly, the parties jointly request that the Conference be adjourned *sine die* at this time.

This request is necessary and appropriate because the parties have reached a settlement. The additional time will allow the parties to finalize and executed the settlement without need for a Conference.  This is the parties first request for an extension.

Thank you for the Court's consideration of this matter.

Respectfully,

*/s/ Matthew I. Fleischman*