UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC. et al.,

                Plaintiffs,

-against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE et al.,

                Defendants.

**ORDER**

18 Civ. 7380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference scheduled for May 13, 2021 is adjourned <u>sine die</u>.

Dated: New York, New York
       May 11, 2021

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge