**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PEARSON EDUCATION INC., et al.,

                Plaintiffs,

    -against-

DOE 1 D/B/A ANYTHING YOU CAN IMAGINE, et al.,

                Defendants.

------------------------------------------------------------x

18-CV-7380 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court's Report & Recommendation at ECF 253 was entered in error. The Court regrets the error and respectfully directs the Clerk of Court to strike ECF 253.

**SO ORDERED.**

Dated: July 17, 2023
New York, New York

                *s/ Ona T. Wang*
                **Ona T. Wang**
                United States Magistrate Judge