UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEARSON EDUCATION, INC., et al.,

                    Plaintiffs,                    18 **CIVIL** 7380 (MMG)(OTW)

    -against-                      **JUDGMENT**

BRADLEY YOUNG, et al.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2024, the Court adopts the Report & Recommendation in its entirety. Specifically, damages are hereby awarded in the total amount of $27,690,000, to be distributed as followed: Defendants Anthem, LLC and Tracy W. Jernigan are liable to Plaintiffs Cengage and Pearson for $4,150,000; Defendants Bizzare Crafts Pvt. Ltd., Pradeep Kumar Sahni, Diwakar Kumar, Abhishek Kumar Singh, Irshad Ahmed, and Sushil Kumar Sharma are liable to all Plaintiffs for $16,730,000; Defendant Gilson Jose Goncalves Filho is liable to Plaintiffs Cengage, McGraw Hill, and Pearson for $360,000; and Defendant Niya Wood is liable to Plaintiffs Cengage, McGraw Hill, and Pearson for $6,450,000. It is further ordered that Plaintiffs be awarded post-judgment interest in accordance with 28 U.S.C. § 1961(a) to be calculated from the date the default judgment is entered. Finally, the Defendants, their agents, and all those in active concert or participation with them are hereby permanently enjoined from further infringing Plaintiffs' copyrights and trademarks; accordingly, the case is closed.

**Dated:** New York, New York
           June 20, 2024

                                                **DANIEL ORTIZ**
                                                Acting Clerk of Court

                                    BY:
                                                 **Deputy Clerk**